IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HASSON TURNER ) | |
| ) | |
|    Debtor. ) | |
| ) | |
| HASSON TURNER, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:08cv732-MHT |
| ) | (WO) |
| UNIVERSAL DEBT SOLUTIONS, ) | |
| INC., ) | |
| ) | |
|    Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Universal Debt Solutions, Inc.'s objections to the recommendation of the bankruptcy judge (doc. no. 3) are sustained in part and overruled in part.

(2) The recommendation of the bankruptcy judge (doc. no. 1-9) is adopted in part and rejected in part.

(3) Plaintiff-debtor Hasson Turner's motion for summary judgment (doc. no. 1-4) is granted in part and denied in part.

(4) Defendant Universal Debt Solutions, Inc.'s motion for summary judgment (doc. no. 1-6) is granted in part and denied in part.

(5) Judgment is entered in favor of plaintiff-debtor Hasson Turner and against defendant Universal Debt Solutions, Inc. on plaintiff-debtor Turner's claims under 15 U.S.C. § 1692g(a)(3).  This case is remanded for reconsideration and proposed findings on the issue of damages and attorney's fees arising from the judgment entered on these claims.

(6) Judgment is entered in favor of defendant Universal Debt Solutions, Inc. and against plaintiff-debtor Hasson Turner on plaintiff-debtor Turner's claims under 15 U.S.C. § 1692e, with plaintiff-debtor Turner taking nothing by his complaint with respect to these claims.

It is further ORDERED that this case is remanded for further proceedings on plaintiff-debtor Turner's claims under 15 U.S.C. § 1692g(a)(2).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of August, 2010.

                                              /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**